

The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| WYNP | 7135823 | VITOLINS | 07/17/2019 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description |
|---|---|
| 36CFR2.35(b)(2) | POSSESSION CONTROLLED SUBSTANCE MARIJUANA |

| Defendant Name |
|---|
| JOHNSON, STEPHEN M |

| Initial Court Appearance |
|---|
| MANDATORY - You must appear in court |

| Court Address | Date/Time |
|---|---|
| US DISTRICT COURT<br>YELLOWSTONE JUSTICE CENTER<br>105 ALBRIGHT AVE, ATTN KAREN<br>YELLOWSTONE N P, WY 82190 | 09/24/2019<br>09:00 AM |